

THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Salisbury Division

IN RE:   Case No. 15-24573-TJC

DEAN T. MAY

   Debtor   Chapter 13

_____

### ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

UPON CONSIDERATION of the Motion for Approval of Settlement (the "Motion"), and Notice of the Motion and proposed compromise (the "Settlement") having been provided to all creditors and other parties-in-interest, and after considering objections, if any, to the Motion and Settlement, the Court being satisfied that the Settlement should be approved, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Settlement as set forth in the Motion is hereby APPROVED.

Cc:

Dean T. May
114 Wye Knot Court
Queenstown, MD 21658
*Debtor*

George R. Roles
100 Severn Avenue, Suite 101
Annapolis, MD 21403
*Counsel for Debtors/Plaintiffs*

Gerard R. Vetter
300 E. Joppa Road
Suite 409
Towson, MD 21286
*Trustee*

BWW Law Group, LLC
6003 Executive Blvd.
Suite 101
Rockville, MD 20852
*Counsel for Creditor*

**END OF ORDER**